ORIGINAL



MARCH 24th, 2022 A.L.

TO: UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE-ROOM 1452
DALLAS, TEXAS 75242

NORTHERN DISTRICT OF TEXAS
FILED
MAR 31 2022
CLERK, U.S. DISTRICT COURT
By _____ Deputy

JOSHUA ANDREW MILLER
tdcj#02304868 7west 1-7top
RAMSEY ONE UNIT
1100 F.M. 655
ROSHARON, TEXAS 77583

4-01-01-866-0

§ Case No. 06-20-00015-CR
§ Tr.Ct.No. 114-0627-19
§
§ PD-0770-20
§
§ Motion for leave to file
§ 28 U.S.C §§ 2254 writ

**3-22CV0738-M**

TO THE OFFICIAL CLERK OF SAID COURT:

  Comes Now I Joshua A. Miller (Petitioner) in number in styled above, files this motion for leave so that both his Fifth Amend & Fourteeth Amend Rights will not be violated to wit:

  Petitioner is asking for this court to present this "notice" to the court, so that his issue can be addressed as a Matter of Law in goodfaith. See: Stroehmann Bakeries, inc v. N.L.R.B., 95 F.3d 218, 222 (2nd Cir). Petitioner, Miller was halted by the pandemic Covid 19. Not telling, Simply asking that this Court allow an habeas writ be filed under the rules set forth by Congress. § 1631.

  Again, thanks for your time and consideration. Please submit this to the court and file, stamp and re-turn with the applicaton... that must be filled out.

Respectfully Submitted
/s/ _Joshua Miller_ Pro se
JOSHUA A. MILLER
tdcj#02304868 7west 1-7top
RAMSEY ONE UNIT
1100 F.M. 655
ROSHARON, TEXAS 77583

***"I AM BEING ILLEGALLY RESTRAINED IN MY LIBERTY"

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT A TRUE AND COMPLETE COPY OF THIS NOTICE HAS BEEN FOWAREDE TO THE OFFICAIL CLERK FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIV 1100 Commerce-Room 1452 Dallas Tx, 75242 from the RAMSEY ONE UNIT 1100 F.M. 665 Rosharon, Texas 77583 on the _24_ day of _March_ 2022

RESPECTFULLY SUBMITTED
/s/ _Joshua Miller_ Pro se
tdcj#02304868 7west 1-7top
RAMSEY ONE UNIT
1100 F.M. 655
ROSHARON, TEXAS 77583

ALL RIGHTS RESERVED 2022
ucc 1-207,208

FELLOW:JOSHUA ANDREW MILLER #02304868]
(LEGAL MAIL)     (tbcj)
-RAMSEY ONE UNIT
1100 F.M. 655
ROSHARON,TEXAS 77583



NORTH HOUSTON TX 773
28 MAR 2022 PM 1 L

MAR 31 2022

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE - ROOM 1452
DALLAS, TEXAS 75242

75242-131052

> PRIVILEGED OFFENDER MAIL
> NOT INSPECTED BY TEXAS
> DEPARTMENT OF CRIMINAL
> JUSTICE - CORRECTIONAL
> INSTITUTIONS DIVISION

5